THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL ZAKMAN.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CICCONE.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISIDORE ROSENBERG.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE WILLIAMS.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD G. McMILLAN.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RAUL PEREZ.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY POLLINO.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

JOSEPH CONTRONE v. JACOB S. CALMAN et al.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

RICHARD MAYER v. LUM FONG, INC.— Motion to dismiss appeal granted. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.